CA 06 284 ML



**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| | |
|---|---|
| **United States District Court** | District Rhode Island |
| Name (under which you were convicted): Ernesto Luciano | Docket or Case No.: 1:03-cr-00077ML |
| Place of Confinement: FCI Otisville, New York | Prisoner No.: 01740-049 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) v. Ernesto Luciano |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: U.S. District Court For the District of Rhode Island

   (b) Criminal docket or case number (if you know): 1:03-cr-00077-ML

2. (a) Date of the judgment of conviction (if you know):

   (b) Date of sentencing: December 18, 2003

3. Length of sentence: 120 Months

4. Nature of crime (all counts): 18 U.S.C. 922 (g)(1) Felon in Possesion of a Firearm

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐ (2) Guilty ☑ (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☑
8. Did you appeal from the judgment of conviction? Yes ☑ No ☐
9. If you did appeal, answer the following:
   (a) Name of court: U.S. Court of Appeals for the First Circuit
   (b) Docket or case number (if you know): 04-1024
   (c) Result: Affirmed
   (d) Date of result (if you know): July 8, 2005
   (e) Citation to the case (if you know): 414 F.3d 174
   (f) Grounds raised: Confrontation Clause rights were violated as a result of Movant's inability to cross-examine witness at sentencing. Imposition of sentence enhancement based solely on Judges factual findings violated Movant's Sixth Amendment rights because facts supporting the findings were neither admitted by the defendant nor found by a Jury beyond a reasonable doubt.
   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☑
   If "Yes," answer the following:
   (1) Docket or case number (if you know): ____
   (2) Result: ____
   (3) Date of result (if you know): ____
   (4) Citation to the case (if you know): ____
   (5) Grounds raised: ____
10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☑ No ☐
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: U.S. District Court for the District of R.I.
    (2) Docket or case number (if you know): ____
    (3) Date of filing (if you know): ____

(4) Nature of the proceeding: Motion to enlarge time

(5) Grounds raised: Movant requested to have court extend time to File 2255 motion due to movant being in state custody where there was not adequate material to work on a federal case; and Movant having no attorney to aid in Filing of Such motion.

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☑

(7) Result: Denied

(8) Date of result (if you know): ______

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐

(7) Result: ______

(8) Date of result (if you know): ______

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☑

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: Movant had no knowledge that he was able to appeal.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Ineffective assistance of Counsel by defense attorney at Sentencing

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Defense attorney at sentencing failed to raise Apprendi, thus not preserving a Booker issue. If Apprendi were raised, Movant would have developed the same outcome as Blakely and would have satisfied the third and fourth prongs of Olano on Plain error review.

See A1

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: By objecting, defense counsel believed Booker was being preserved

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ______

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☐
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: Edward C. Roy
(b) At arraignment and plea: Olin W. Thompson
(c) At trial: ______
(d) At sentencing: Olin W. Thompson

(e) On appeal: William T. Murphy

(f) In any post-conviction proceeding: ______

(g) On appeal from any ruling against you in a post-conviction proceeding: ______

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______

(b) Give the date the other sentence was imposed: ______

(c) Give the length of the other sentence: ______

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☑

Therefore, movant asks that the Court grant the following relief: Movant be given a resentencing hearing with a Jury or without considering absent witness' testimony

or any other relief to which movant may be entitled.

______________________________

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on 6-12-06 (month, date, year).

Executed (signed) on 6-12-06 (date).

E. Luciano

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. ______________________________

A1

In Government's brief, the Government states that Mr. Camacho "clarified that when Luciano pointed the gun at the back of Torres's head he was standing behind the bus stop and was aiming the gun through the perforated metal backing of the bus stop". (Government's brief, page 6)

David Camacho gave one statement to Providence Police and testified at the Grand Jury. There are no other statements by Mr. Camacho.

At no time did Camacho give any statement or testimony even remotely resembling such a claim. So the question is: where did this statement come from? Had Luciano made a ungrounded statement as such he would possibly be charged with perjury.

Also, if Ms. Torres would have testified that Luciano did indeed point the gun at her, would she have been considered a bias witness then?