Ernesto Luciano
P.O. BOX 1000
Otisville, NY 10963

The Honorable Mary M. Lisi
Chief District Judge
U.S. District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

In Re: CA 06-28 ML

Your Honor:

This correspondence is to inform your Honor that this writer is to add a supplemental ground to his already filed 28 USC 2255 Motion.

It is cordially asked by this writer that he be allowed to do so. Although the information contained in the supplemental ground was available at sentencing, it was not available in a way that the Defendant could discredit witness against him. Defendant can present that information in a diffent spectrum. This can prove that this writer could not have possibly comitted the actions attributed to him and prove that a witness lied to the court.

Thank you for your time.

Sincerely,

E. Luciano

Ernesto Luciano

FILED