RECEIVED

JAN 12 2007

Property of U.S. District Court
District of Rhode Island

United States District Court
For the District of Rhode Island

Ernesto Luciano )
)
vs. ) CA 06-284ML
)
United States of America )

Supplement to Petitioner's Motion to Vacate, Set Aside, or Otherwise Correct Sentence Pursuant to 28 U.S.C. 2255

1. Introduction

The petitioner, Ernesto Luciano, is requesting to have the following ground added to his 28 U.S.C. 2255 Motion due to new evidence that can discredit arresting officer's hear-say on day of sentencing. Petitioner, due to the unavailability of funds and support could not obtain this information in time to meet the deadline. Petitioner apologize to the Court.

2.

2. Ground

At sentencing, Officer Brian Thornton testified that he put his pinky finger through one of the holes of the metal backing at the bus stop and that (a) the hole was big enough for a .45 round to easily pass through it (Sentencing 40/7) and that (b) the hole was teardrop shaped. (39/20-24)

After arresting Luciano and placing him in the cruiser, Thornton attempted to question Luciano's girlfriend and then transported to police headquarters. The accuser, David Camacho, never, even at the least, hinted that the weapon was pointed through a hole; and at the moment, what reason did Thornton have to slip his pinky through the hole?

Although Luciano asked his counsel to have a investigator

3.

check the size of the holes in a attemp to discredit Thornton's hearsay testimony, he did not. The Government provided photographs of the bus stop but from a distance the backing looks clear. One would need to stand at about two feet away to notice the holes.

Luciano has now obtained the size of the holes and close-up photographs of a RIPTA* bus stop.

Photograph A depicts the front of a bus stop. Photograph B depicts the back. Photograph C depicts the back of a bus stop from two feet away.

The holes are one quarter (1/4") on a inch in radius. A .45 round is approximately five eighths (5/8") of a inch in radius.

*RIPTA stands for Rhode Island transportation Authority.

4.

As can be seen, an adult pinky cannot fit through a hole of such a minute size.

Mr. Luciano is not trying to repeat the claims of his initial ground. However, failure to perform certain actions affected the outcome of his sentence.

This should prove that Thornton could not have possibly inserted his pinky through the hole when he was clearly erroneous on his description on the size and shape of the holes.

Just because a .22 round can possibly pass through a hole of that size, no evidence is present to say that Luciano could have pointed the gun through the hole as the Government led the court to believe.

5.

3. Conclusion

Officer Thornton's hearsay statements at Luciano's sentencing are not corroborative to David Camacho's allegations because Camacho did not mention anything regarding the pointing of the weapon through the holes.

Lastly, Thorntons description on the size and shape of the holes in relation to his pinky should discredit any indicia of reliability. Luciano still requests a resentencing. Even under the advisory Guidelines the Court can spot this inaccuracy and not consider this to enhance Luciano's sentence.

Subscribed and sworn to before me this 9th day of Jan 2007

Notary Public

DANIELLE M. SPERRY
NOTARY PUBLIC-STATE OF NEW YORK
No. 4966087
Qualified in Orange County
Commission Expires April 30, 2010

Respectfully Submitted,

E. Luciano

Ernesto Luciano
Proceeding Pro Se

Certificate of Service

I hereby certify that on this 9 day of January, 2007, I caused to be sent via regular first class mail a true copy of the within petitioner's Letter of Support and Supplement to Petitioner's Motion to Vacate, Set Aside, or Otherwise Correct Sentence Pursuant to 28 U.S.C. 2255 to:

David A. DiMarzio
Clerk of Court
U.S. District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Notary Public

B



A



C



# CERTIFICATE OF SERVICE

I, Ernesto Luciano, certify that on this 24th day Of January, 2007, I caused to be mailed via regular first class mail a true copy of the within petitioner's letter of support and supplement to petitioner's Motion to Vacate, Set Aside, or Otherwise Correct Sentence Pursuant to 28 U.S.C. §2255 to:

U.S. Attorney's Office
50 Kennedy Plaza,8th Floor
Providence, RI 02903

E. Luciano